# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 224 WAL 2016

           Respondent         :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.                     :

                               :

MICHAEL ANTHONY BUTLER,         :

                               :

           Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.